UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Sara Bangert v. Bayer Corporation, et al.*      No. 12-cv-10151-DRH

*Monica Freeman v. Bayer Corporation, et al.*      No. 10-cv-12454-DRH

*Angela MacDonald v. Bayer Corporation, et al.*      No. 11-cv-12691-DRH

*Karen Mathies v. Bayer Corporation, et al.*      No. 12-cv-10764-DRH

*Tonya Sokoloff v. Bayer Corporation, et al.*      No. 12-cv-11408-DRH

*Elizabeth Vaughan v. Bayer Corporation, et al.*      No. 11-cv-12693-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 13, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT
BY:  /s/*Caitlin Fischer*
      Deputy Clerk

**Dated:** June 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.18
08:19:17 -05'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**